IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00658-WDM-KMT

EDWARD C. HERLIK,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

This matter is before the court on Defendant's "Motion to Dismiss" [Doc. No. 5, filed April 6, 2007]. Plaintiff responded with "Plaintiff's Response to United States' [5] Motion to Dismiss" [Doc. No. 33, filed July 9, 2007 ], and the Defendant filed its reply on July 19, 2007 [Doc. No. 35].

The United States filed its Motion to Dismiss primarily addressing the FTCA's requirement that a plaintiff exhaust administrative remedies prior to pursuit of a civil tort action for damages. Neither party has addressed the possible limitation on this court's subject matter jurisdiction pursuant to: 1) *Feres v. United States*, 340 U.S. 135 (1950)("service members cannot bring tort suits against the Government for injuries that 'arise out of or are in the course of activity incident to service.'" *United States v. Johnson,* 481 U.S. 681, 686 (1987)); 2) the effect

of *Jones v. Bock*, 127 S. Ct. 910 (2007) on the exhaustion issue; or, 3) the FTCA's waiver or non-waiver of sovereign immunity pursuant to Title 28, U.S.C. § 2680(h).

WHEREFORE, it is hereby ORDERED:

1. The parties will submit further simultaneous briefs addressing the three issues specifically raised by this ORDER on or before February 1, 2008.

Dated this 18th day of January, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge